UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODERICK CLIMMONS, | Case No. 3:24-cv-00422-ART-CLB |
| Plaintiff, | **ORDER GRANTING** |
| v. | STIPULATION TO DISMISS WITH PREJUDICE |
| JESSICA RAMBUR, *et al*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Heidi H. Demers, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Roderick Climmons (#1229970), Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///

1  The Parties have resolved this matter in its entirety and agree that the Court may
2  accordingly close the case, with prejudice. Any outstanding deadlines are considered
3  moot.

4  DATED this 28th day of October 2025.        DATED this 28th day of October 2025.

AARON D. FORD
Attorney General

_____ 10-28-25        /s/ Heidi H. Demers_____
Roderick Climmons (#1229970)              Heidi H. Demers, (Bar No. 17034C)
*Plaintiff, pro se*                       *Attorneys for Defendant*

DATED 28TH oct_____, 2025.

**ORDER**

IT IS SO ORDERED. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

_____
Anne R. Traum
United States District Judge

DATED: December 11, 2025

Page 2